## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8204 | **DATE** | 2/8/2011 |
| **CASE TITLE** | Philipps vs. Nationwide Credit & Collection, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to plaintiff's notice of voluntary dismissal with prejudice (Doc [8]), this cause is hereby dismissed with prejudice. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|